No. 206, Misc.   IN RE HARPER;

No. 423, Misc.   EX PARTE KUMITIS; and

No. 438, Misc.   GARDNER *v.* DUNBAR, CORRECTIONS DIRECTOR, ET AL.   Motions for leave to file petitions for writs of habeas corpus denied.   Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.

No. 156, Misc.   GATELY *v.* SUTTON ET AL., JUSTICES OF THE SUPREME COURT OF COLORADO;

No. 201, Misc.   WILSON *v.* HALBERT, U. S. DISTRICT JUDGE, ET AL.; and

No. 225, Misc.   STEPHENS *v.* BOLDT, U. S. DISTRICT JUDGE.   Motions for leave to file petitions for writs of mandamus denied.

No. 142.   SCHOOL DISTRICT OF ABINGTON TOWNSHIP, PENNSYLVANIA, ET AL. *v.* SCHEMPP ET AL.   Appeal from the United States District Court for the Eastern District of Pennsylvania.   Probable jurisdiction noted.   *David Stahl,* Attorney General of Pennsylvania, *John D. Killian III,* Deputy Attorney General, *Percival R. Rieder, C. Brewster Rhoads* and *Philip H. Ward III* for appellants.

No. 111.   FERGUSON, ATTORNEY GENERAL OF KANSAS, ET AL. *v.* SKRUPA, DOING BUSINESS AS CREDIT ADVISORS.   Appeal from the United States District Court for the District of Kansas.   Probable jurisdiction noted.   *William M. Ferguson,* Attorney General of Kansas, for appellants.   *Lawrence Weigand* for appellee.